# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved May 5, 2017, as Public Law 115-31, div. F, tit. VI, 131 Stat. 135, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, gates, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

### LEGAL DESCRIPTION

Hidalgo County, Texas

Tract:  RGV-MCS-2026-1
Owner:  Paula Ochoa, *et al*.
Acres:  7.089

**Being** a 7.089 acre tract (308,814 sq ft) parcel of land, more or less, being out of a calculated 39.586 acres, in Hidalgo County, Texas conveyed to Paula Ochoa ET AL, Volume 408, Page 8. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker H100, having the following NAD83 (2011) Grid Coordinates N=16594788.77, E=1015646.60; Thence N 58°08'34" W a distance of 3405.36 feet to a found 4" iron pipe designated as RGV-MCS-2024-1-1=2026-1-1=2040-1, said point being the Northeast corner of the U.S. Fish & Wildlife Service tract, Volume 2756, Page 779 and the West line of the Paula Ochoa ET AL tract, Volume 408, Page 8 and on the East line of the Texas Parks and Wildlife Department tract, Volume 3385, Page 410 and on the West line of the I.B.W.C. Levee Right-of-Way File No. 30236-R-851H and on the East line of the I.B.W.C. Levee Right-of-Way File No. 30240-R-847H, for the **Point of Commencement,** and the **Point of Beginning,** having the following coordinates: N=16596586.13, E=1012754.20.

**Thence:** N 46°13'11" E along the East line of the Texas Parks and Wildlife Department tract, Volume 3385, Page 410 and the West line of the Paula Ochoa ET AL tract, Volume 408, Page 8 and the West line of the I.B.W.C. Levee Right-of-Way File No. 30236-R-851H, crossing the center of an existing wall at 188.54 feet, a distance of 242.18 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-MCS-2024-1-5=2025-1-4=2026-1-2, for angle, said point being the Northeast corner of the Texas Parks and Wildlife Department tract, Volume 3385, Page 410 and the Southeast corner of the  Ochoa Sixto tract, Volume 1109, Page 751;

**Thence:** N 36°33'11" E along said I.B.W.C. line, along the East line of the Ochoa Sixto tract, Volume 1109, Page 751 and the West line of the Paula Ochoa ET AL tract, Volume 408, Page 8, to the North toe of the Levee Road, a distance of 24.99 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-MCS-2025-1-3=2026-1-3 for angle;

**Thence:** S 45°20'38" E departing said I.B.W.C. line, departing said property line, along said toe, a distance of 440.63 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-MCS-2026-1-4 for angle;

## SCHEDULE C, cont'd

**Thence:** S 44°42'40" E along said toe, a distance of 214.91 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-MCS-2026-1-5 for angle, said point being the Northwest corner of the Jose N. & Mariano L. Villarreal tract, Property ID 509116, and on the East line of the Paula Ochoa ET AL tract, Volume 408, Page 8 and on the East line of the I.B.W.C. Levee Right-of-Way File No. 30236-R-851H;

**Thence:** S 28°49'27" E along the East line of the Paula Ochoa ET AL tract, Volume 408, Page 8 and the West line of the Jose N. & Mariano L. Villarreal tract, Property ID 509116, along said I.B.W.C. line, departing said toe, crossing the center of an existing wall at 242.44 feet, a distance of 248.94 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-MCS-2026-1-6 for angle;

**Thence:** S 20°34'38" E along said property line, along said I.B.W.C. line, crossing the center of the levee road at 44 feet, a distance of 115.98 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-MCS-2026-1-7 for angle;

**Thence:** S 11°34'38" E along said property line, along said I.B.W.C. line, a distance of 138.98 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-MCS-2026-1-8 for angle;

**Thence:** S 47°52'12" W departing said property line, departing said I.B.W.C. line, a distance of 104.11 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-MCS-2026-1-9 for angle, said point being on the South limit of the 150' enforcement zone;

**Thence:** N 45°01'44" W along said enforcement zone, a distance of 328.34 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-MCS-2026-1-10 for angle;

**Thence:** N 47°34'51" W along said enforcement zone, departing the I.B.W.C. Levee Right-of-Way File No. 30236-R-851H at 32.53 feet, crossing the center of an existing 17 foot wide dirt road at 264 feet, a distance of 459.06 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-MCS-2026-1-11 for angle;

**Thence:** N 48°10'12" W along said enforcement zone, entering the I.B.W.C. Levee Right-of-Way File No. 30236-R-851H at 73.96 feet, a distance of 282.75 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-MCS-2026-1-12=2040-2 for angle, said point being on the West line of the Paula Ochoa ET AL tract, Volume 408, Page 8 and on the East line of the U.S. Fish & Wildlife Service tract, Volume 2756, Page 779 and on the West line of the I.B.W.C. Levee Right-of-Way File No. 30236-R-851H;

**Thence:** N 11°43'57" E along said property line, along said I.B.W.C. line, crossing the center of County Road 2718 at 64 feet, a distance of 78.82 feet, returning to the **Place of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



**LAND TO BE CONDEMNED**

Tract:  RGV-MCS-2026-1
Owner:  Paula Ochoa, *et al*.
Acres:  7.089

## SCHEDULE D, cont'd



## SCHEDULE D, cont'd



## SCHEDULE D, cont'd



**LEGEND:**

General Surveyor's Notes:

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.9999912484 (E.G. GRID X 0.9999912484 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 16, 2019 (TICKET NO. 1985705456).
7. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 16, 2019 (TICKET NO. 591991099).

| MONUMENT TABLE | | |
|---|---|---|
| **MONUMENT NAME** | **NORTHING** | **EASTING** |
| RGV-MCS-2024-1-1=2026-1-1=2040-1 | 16596586.130 | 1012754.205 |
| RGV-MCS-2024-1-5=2025-1-4=2026-1-2 | 16596753.692 | 1012929.058 |
| RGV-MCS-2025-1-3=2026-1-3 | 16596773.765 | 1012943.939 |
| RGV-MCS-2026-1-4 | 16596464.069 | 1013257.376 |
| RGV-MCS-2026-1-5 | 16596311.339 | 1013408.573 |
| RGV-MCS-2026-1-6 | 16596093.241 | 1013528.594 |
| RGV-MCS-2026-1-7 | 16595984.660 | 1013569.357 |
| RGV-MCS-2026-1-8 | 16595848.511 | 1013597.248 |
| RGV-MCS-2026-1-9 | 16595778.672 | 1013520.037 |
| RGV-MCS-2026-1-10 | 16596010.724 | 1013287.750 |
| RGV-MCS-2026-1-11 | 16596320.383 | 1012948.858 |
| RGV-MCS-2026-1-12=2040-2 | 16596508.953 | 1012738.177 |

| SHEET NO. | METES & BOUNDS SURVEY | | | | |
|---|---|---|---|---|---|
| 7 OF 7 | PAULA OCHOA ET AL | | | | |
| | TRACT NO. RGV-MCS-2026-1 | | | | |
| | HIDALGO COUNTY              TEXAS | | | | |





US Army Corps of Engineers®

EMC, INC. PROJECT NO.: 19034

# SCHEDULE E

## SCHEDULE E

### ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-MCS-2026-1
Owner:  Paula Ochoa, *et al*.
Acres:  7.089

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Volume 408, Page 8, Official Records of Hidalgo County (O.R.H.C.) reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**SCHEDULE E, cont'd**



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is FORTY FIVE THOUSAND SIX HUNDRED TWENTY-SEVEN DOLLARS AND NO/100 ($45,627.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Paula Ochoa** ▇▇▇▇▇▇▇▇ Mission, Texas 78572 | **Affidavit of Heirship**, Document #1956-17207; Recorded October 24, 1956; Official Records of Hidalgo County <br><br> **Affidavit of Heirship**, Doc #2006-1617621; Recorded May 19, 2006; Official Records of Hidalgo County |
| **Anita Ochoa Kosienski** ▇▇▇▇▇▇▇▇ San Antonio, Texas 78242 | **Affidavit of Heirship**, Document #1956-17207; Recorded October 24, 1956; Official Records of Hidalgo County <br><br> **Affidavit of Heirship**, Document #2006-1617621; Recorded May 19, 2006; Official Records of Hidalgo County |
| **Estate of Enriqueta O. Reyes** Address unknown | **Affidavit of Heirship**, Document #1956-17207; Recorded October 24, 1956; Official Records of Hidalgo County <br><br> **Affidavit of Heirship**, Document #2006-1617621; Recorded May 19, 2006; Official Records of Hidalgo County |
| **Noemi Flores Oevermann** ▇▇▇▇▇▇▇▇ Burton, Texas 77835 | **Est. of Eloisa Ochoa Flores via:** <br><br> *Affidavit of Heirship*, Document #1956-17207; Recorded October 24, 1956; |

| | |
|---|---|
| | Official Records of Hidalgo County<br><br>*Affidavit of Heirship*,<br>Document #2006-1617621;<br>Recorded May 19, 2006;<br>Official Records of Hidalgo County |
| **Omar Flores**<br><br>███████████<br>Channelview, Texas 77530 | **Est. of Eloisa Ochoa Flores via:**<br><br>*Affidavit of Heirship*,<br>Document #1956-17207;<br>Recorded October 24, 1956;<br>Official Records of Hidalgo County<br><br>*Affidavit of Heirship*,<br>Document #2006-1617621;<br>Recorded May 19, 2006;<br>Official Records of Hidalgo County |
| **Dagoberto Flores**<br><br>███████████<br>Channelview, Texas 77530 | **Est. of Eloisa Ochoa Flores via:**<br><br>*Affidavit of Heirship*,<br>Document #1956-17207;<br>Recorded October 24, 1956;<br>Official Records of Hidalgo County<br><br>*Affidavit of Heirship*,<br>Document #2006-1617621;<br>Recorded May 19, 2006;<br>Official Records of Hidalgo County |
| **The Nazaria G. Ochoa Third Amended and Restated Declaration of Trust dated November 4, 2019** (f/k/a The Nazaria G. Ochoa Revocable Living Trust dated August 12, 2011, The Nazaria G. Ochoa First Amended and Restated Declaration of Trust dated April 16, 2018 and The Nazaria G. Ochoa Second Amended and Restated Declaration of Trust dated June 6, 2018)<br><u>Nazaria G. Ochoa, Trustee</u><br>███████████<br>Mission, Texas 78572 | **Declaration of Trust**,<br>Document #2011-2231916,<br>Recorded August 12, 2011;<br>Official Records of Hidalgo County<br><br>**Third Amended and Restated Declaration of Trust**,<br>Document #2019-3063328,<br>Recorded November 12, 2019;<br>Official Records of Hidalgo County |

| | |
|---|---|
| **Idalia O. Gonzalez**<br><br>Mission, Texas 78574 | **Affidavit of Heirship**,<br>Document #2011-2231915,<br>Recorded August 12, 2011;<br>Official Records of Hidalgo County |
| **Nelda O. Granados**<br><br>Mission, Texas 78572 | **Affidavit of Heirship**,<br>Document #2011-2231915,<br>Recorded August 12, 2011;<br>Official Records of Hidalgo County |
| **Leticia O. Moreno**<br><br>Palmhurst, Texas 78573 | **Affidavit of Heirship**,<br>Document #2011-2231915,<br>Recorded August 12, 2011;<br>Official Records of Hidalgo County |
| **Guadalupe Ochoa**<br><br>Mission, Texas 78572 | **Affidavit of Heirship**,<br>Document #2006-1617623,<br>Recorded May 19, 2006;<br>Official Records of Hidalgo County |
| **Rodolfo Ochoa, Jr.**<br><br>West Plains, Missouri 65775 | **Affidavit of Heirship**,<br>Document #2006-1617623,<br>Recorded May 19, 2006;<br>Official Records of Hidalgo County |
| **Fernando Ochoa**<br><br>Mission, Texas 78572 | **Affidavit of Heirship**,<br>Document #2006-1617623,<br>Recorded May 19, 2006;<br>Official Records of Hidalgo County |
| **Erineo Ochoa**<br><br>Canadian, Texas 79014 | **Affidavit of Heirship**,<br>Document #2006-1617623,<br>Recorded May 19, 2006;<br>Official Records of Hidalgo County |
| **Jesus Ochoa**<br><br>Canadian, Texas 79014 | **Affidavit of Heirship**,<br>Document #2006-1617623,<br>Recorded May 19, 2006;<br>Official Records of Hidalgo County |
| **Ruben Ochoa**<br><br>Sullivan City, Texas<br>78595 | **Affidavit of Heirship**,<br>Document #2006-1617623,<br>Recorded May 19, 2006;<br>Official Records of Hidalgo County |

| | |
|---|---|
| **Guadalupe M. Elizondo**<br>█████████████<br>Mission, Texas 78572 | **Affidavit of Heirship**,<br>Document #2006-1617623,<br>Recorded May 19, 2006;<br>Official Records of Hidalgo County |
| **Miguel Ochoa**<br>████████████<br>La Joya, Texas 78560 | **Affidavit of Heirship**,<br>Document #1997-610271,<br>Recorded July 14, 1997;<br>Official Records of Hidalgo County<br><br>**Corrected Affidavit of Heirship**,<br>Document #2014-2562394,<br>Recorded November 7, 2014;<br>Official Records of Hidalgo County |
| **Maribel Ochoa Gonzalez**<br>████████████████<br>Palmview, Texas 78572 | **Affidavit of Heirship**,<br>Document #1997-610271,<br>Recorded July 14, 1997;<br>Official Records of Hidalgo County<br><br>**Corrected Affidavit of Heirship**,<br>Document #2014-2562394,<br>Recorded November 7, 2014;<br>Official Records of Hidalgo County |
| **Mario Ochoa**<br>████████████<br>McAllen, Texas 78504 | **Affidavit of Heirship**,<br>Document #1997-610271,<br>Recorded July 14, 1997;<br>Official Records of Hidalgo County<br><br>**Corrected Affidavit of Heirship**,<br>Document #2014-2562394,<br>Recorded November 7, 2014;<br>Official Records of Hidalgo County |
| **Mary Lou Ochoa Hernandez**<br>████████████████<br>Mission, Texas 78572 | **Affidavit of Heirship**,<br>Document #1997-610271,<br>Recorded July 14, 1997;<br>Official Records of Hidalgo County<br><br>**Corrected Affidavit of Heirship**,<br>Document #2014-2562394,<br>Recorded November 7, 2014;<br>Official Records of Hidalgo County |

| | |
|---|---|
| **San Juanita Farias**<br>Mission, Texas 78572 | **Affidavit of Heirship**,<br>Document #2016-2678894,<br>Recorded January 21, 2016;<br>Official Records of Hidalgo County |
| **Jesusa Rodriguez**<br>McAllen, Texas 78501 | **Affidavit of Heirship**,<br>Document #2016-2678894,<br>Recorded January 21, 2016;<br>Official Records of Hidalgo County |
| **Medardo Cantu**<br>Mission, Texas 78572 | **Affidavit of Heirship**,<br>Document #2016-2678894,<br>Recorded January 21, 2016;<br>Official Records of Hidalgo County |
| **Rogelio Ochoa**<br>Mission, Texas 78572 | **Affidavit of Heirship**,<br>Document #2006-1611933,<br>Recorded May 5, 2006;<br>Official Records of Hidalgo County |
| **Noelia Ochoa Saenz**<br>McAllen, Texas 78501 | **Affidavit of Heirship**,<br>Document #2006-1611933,<br>Recorded May 5, 2006;<br>Official Records of Hidalgo County |
| **Eliazar Santana II**<br>Mission, Texas 78574 | **Affidavit of Heirship**,<br>Document #2006-1617620,<br>Recorded May 19, 2006;<br>Official Records of Hidalgo County |
| **Roberto Ignacio Santana**<br>Mission, Texas 78572 | **Affidavit of Heirship**,<br>Document #2006-1617620,<br>Recorded May 19, 2006;<br>Official Records of Hidalgo County |
| **Pablo "Paul" Villarreal, Jr.**<br>Hidalgo County Tax Assessor & Collector<br>2804 S. Business Highway 281<br>Edinburg, Texas 78539 | **Tax Authority** |