IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 7:20-CV-156 |
| 7.089 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND PAULA OCHOA, *et al.,* | § § § § § § | |
| *Defendants.* | § § | |

### ADVISORY TO THE COURT REGARDING DECEASED INTERESTED PARTY

COMES NOW THE UNITED STATES OF AMERICA (hereinafter "United States") and submits the following Advisory to the Court Regarding Deceased Interested Party to advise the Court that Defendant Medardo Cantu died on February 1, 2021.

1. WHEREAS the United States initiated this action on June 12, 2020 by filing a Declaration of Taking[1] and Complaint in Condemnation[2] to acquire a fee simple interest in 7.089 acres of land, more or less, located in Hidalgo County, Texas, identified as Tract RGV-MCS-2026-1 (hereinafter "Subject Property").

2. Medardo Cantu was identified as an interested party in this action.[3] On February 9, 2021, Medardo Cantu's sister, San Juanita Farias, informed the United States that Medardo Cantu died on February 1, 2021. Ms. Farias further informed the United States that Medardo Cantu is survived by his wife and five (5) children, and that he did not have a will.

---

[1] Dkt. No. 2.
[2] Dkt. No. 1.
[3] *See* Dkt. No. 2, Sch. G.

3. At this time, the United States is continuing discussions with Ms. Farias to identify the individuals who should be substituted into this action in place of Medardo Cantu. Once determined, the United States will file a motion to substitute with the Court in order that the interest of Medardo Cantu may be accounted for.

4. Accordingly, the United States advises the Court that Medardo Cantu is now deceased, and therefore any interest he is determined to hold in the Subject Property will need to be properly accounted for by substituting the proper parties in his place.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By: *s/ Roland D. Ramos*
**ROLAND D. RAMOS**
Assistant United States Attorney
Southern District of Texas No. 3458120
Texas Bar No. 24096362
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Roland.Ramos@usdoj.gov
Attorney in Charge for the United States of America

## CERTIFICATE OF SERVICE

I, Roland D. Ramos, Assistant United States Attorney for the Southern District of Texas, hereby certify that on February 11, 2021, a copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

By: *s/ Roland D. Ramos*
**ROLAND D. RAMOS**
Assistant United States Attorney