IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 7:20-CV-156 |
| 7.089 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND PAULA OCHOA, *et al.,* | § § § § § § | |
| *Defendants.* | § § | |

### ADVISORY TO THE COURT REGARDING DOCKET NUMBER 97

COMES NOW THE UNITED STATES OF AMERICA (hereinafter "United States") and submits the following Advisory to the Court Regarding Docket Number 97 to advise the Court that paragraph 4 incorrectly identifies Defendant San Juanita Farias as "Defendant San Juanita Garza Garcia."

1. WHEREAS the United States initiated this action on June 12, 2020 by filing a Declaration of Taking[1] and Complaint in Condemnation[2] to acquire a fee simple interest in 7.089 acres of land, more or less, located in Hidalgo County, Texas, identified as Tract RGV-MCS-2026-1 (hereinafter "Subject Property").

2. The United States learned that Defendant Paula Ochoa died on July 20, 2021 and subsequently filed an Unopposed Motion to Substitute Party Defendant[3] for Defendant Paula Ochoa.

---

[1] Dkt. No. 2.
[2] Dkt. No. 1.
[3] Dkt. No. 97.

3. The United States subsequently found that in paragraph 4 of its Unopposed Motion to Substitute Party Defendant the motion incorrectly identifies "Defendant San Juanita Garza Garcia" when it should state the correct name as "Defendant San Juanita Farias."

4. The United States will be more cautious in future filings to avoid mistakes such as this in the future.

5. Accordingly, the United States advises the Court that paragraph 4 of Docket Number 97 paragraph 4 incorrectly identifies Defendant San Juanita Farias as "Defendant San Juanita Garza Garcia."

Respectfully submitted,

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

By: *s/ Roland D. Ramos*
**ROLAND D. RAMOS**
Assistant United States Attorney
Southern District of Texas No. 3458120
Texas Bar No. 24096362
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Roland.Ramos@usdoj.gov
Attorney in Charge for the United States of America

**CERTIFICATE OF SERVICE**

I, Roland D. Ramos, Assistant United States Attorney for the Southern District of Texas, hereby certify that on August 17, 2021, a copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

By: *s/ Roland D. Ramos*
**ROLAND D. RAMOS**
Assistant United States Attorney