United States District Court
Southern District of Texas
**ENTERED**
November 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § § § Plaintiff, § § VS. § § § 7.089 ACRES OF LAND, more or § less, in STARR COUNTY, TEXAS; et § al., § § Defendants. § | CIVIL ACTION NO. 7:20-cv-00156 |

### ORDER

The Court now considers the status conference set in this case for November 16, 2021. On October 12, Plaintiff United States of America filed an "Opposed Motion to Substitute Party Defendant."[1] In light of the pending motion, the Court holds that the status conference would be premature at this time. Thus, the Court **CONTINUES** the status conference previously scheduled for November 16, 2021 to **December 14, 2021 at 9 a.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 15th day of November, 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 105.